IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS


**JAY DEE PORTLEY, JR.,**

            **Plaintiff,**

      v.                      CASE NO. 06-3038-SAC

**CITY OF WICHITA,
KANSAS,**

            **Defendant.**

## O R D E R

This civil rights complaint filed under 42 U.S.C. 1983 was dismissed and all relief was denied by Memorandum and Order entered on May 17, 2006. The action was dismissed upon screening under 28 U.S.C. 1915A(b)(1) and (2), without the issuance of summons, due to a number of deficiencies discussed in the Memorandum and Order. Plaintiff has filed this second motion for reconsideration (Doc. 18) from the Order of Dismissal. Having considered these filings, the court finds no reason is stated or exists for this court to vacate, alter or amend, or grant relief from, its judgment dismissing this action.

The plaintiff may request forms for filing an action from the Clerk of the Court once he has fully exhausted state court remedies.

**IT IS THEREFORE ORDERED** that plaintiff's second motion

for reconsideration (Doc. 18) is denied.

**IT IS SO ORDERED.**

Dated this 20th day of June, 2006, at Topeka, Kansas.

<u>s/Sam A. Crow</u>
U. S. Senior District Judge

2